# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Ryan Frei, | Civ. No. 15cv3673 (PJS/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Jeffrey S. Gilsrud, St. Paul Police Officer; Michael Tschida, St. Paul Police Officer; The St. Paul Police Department; City of St. Paul; St. Paul Fire Department Medics, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 27, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

The claims brought by plaintiff James Ryan Frei against defendants City of St. Paul and St. Paul Police Department be DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A.

Date: 11/20/15

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge